**LAQUER URBAN CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
Email:  Lovelace@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882 / Facsimile:  (626) 449-1958
Counsel for Plaintiffs, Trustees of the Southern California
 IBEW-NECA Pension Plan

**COX, CASTLE & NICHOLSON LLP**
Dwayne P. McKenzie, State Bar No. 175162
Kevin M. Hannifan, State Bar No. 288135
Email:  DMcKenzie@coxcastle.com; khannifan@coxcastle.com
2029 Century Park East, 21st Floor
Los Angeles, CA 90067
Telephone: (310) 284-2200 / Facsimile:  (310) 284-2100
Counsel for Defendant, High-Light Electric, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>HIGH-LIGHT ELECTRIC, INC., a California corporation,<br><br>Defendant. | 5:19-CV-01428-JGB-SHK<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE**<br><br>Complaint filed:  August 1, 2019<br>Trial Date:  March 2, 2021 |

**TO THE HONORABLE JESUS G. BERNAL, UNITED STATES DISTRICT COURT JUDGE, FOR THE STATE OF CALIFORNIA, CENTRAL DISTRICT:**

   IT IS HEREBY STIPULATED AND AGREED, by among Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, and Defendant, High-Light Electric, Inc., by and through their counsel of record, that this action be dismissed, with prejudice, in the form attached hereto as **Exhibit A**.  The reason for this Stipulation is that the parties have entered into a settlement resolving this dispute in its

1
**STIPULATION FOR DISMISSAL, WITH PREJUDICE**

1484172

entirety. Each party is to bear their own fees and costs with the exception of the fees and costs that may have been provided for by the terms of the settlement agreement. The parties each waive any right to pursue a motion for attorneys' fees or an application to tax costs.

**IT IS SO STIPULATED.**

Dated: September 8, 2020          LAQUER, URBAN, CLIFFORD & HODGE LLP

By: _____
Susan Graham Lovelace,
Counsel for Plaintiffs,
Trustees of the Southern California IBEW-NECA
Pension Plan

Dated: September 21, 2020          COX, CASTLE, NICHOLSON, LLP

By: _____
Dwayne P. McKenzie
Kevin M. Hannifan, Counsel for Defendant
High-Light Electric, Inc.