JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,<br><br>                  Plaintiffs,<br><br>    v.<br><br>HIGH-LIGHT ELECTRIC, INC., a California corporation,<br><br>                  Defendant. | 5:19-CV-01428-JGB-SHK<br><br>**ORDER RE: DISMISSAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that:

    Pursuant to the Stipulation for Dismissal with Prejudice entered into by Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, and Defendant, High-Light Electric, Inc., the above-entitled case shall be dismissed with prejudice.

Dated: October 20, 2020

                                    HON. JESUS G. BERNAL
                                    UNITED STATES DISTRICT COURT JUDGE